282

## R. M. Kanik, Appellee, v. Johnson Brothers Heating Company, Appellant.

Gen. No. 42,581.

opinion filed May 5, 1944; rehearing denied May 19, 1944. Fred B. Houghton, for appellant; William S. Kleinman, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.